UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>HUMBERTO PACHECO-VERDIN,<br><br>    Defendant. | Case No. 2:23-cr-00035-JAD-BNW<br><br>**ORDER**<br><br>ECF No. 20 |

    Based on the stipulation and good cause appearing:

IT IS ORDERED that the plea and sentencing hearing currently scheduled for Tuesday, May 30, 2023, at 3:00 p.m., be vacated and continued to June 7, 2023, at 2:00 p.m.

    DATED this 18th day of May 2023.

                                     _____
                                     UNITED STATES DISTRICT JUDGE